

**UNITED STATES DISTRICT COURT**
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | July 9, 2020 |
| Case Number: | 3:20−cv−01106−SI |
| Case Title: | Elia et al v. Wheeler et al |

**(A)  Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable John V. Acosta to the Honorable Michael H. Simon, United States District Judge. Information on this case may be obtained from the following:

    Courtroom Deputy:    Mary Austad
                                      Telephone:  503−326−8034
                                      Email:  mary_austad@ord.uscourts.gov

    Docket Information:    Telephone:  503−326−8050

**(B)  Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)  Change to the Case Number:** Effective immediately, Judge Simon's initials (SI) will replace the previous judge's initials in this case.

                                                          **MARY L. MORAN**
                                                          **Clerk of Court**

cc:    Judge Simon
        Counsel of Record