BETH CREIGHTON, OSB #972440
E-mail: beth@civilrightspdx.com
CREIGHTON & ROSE, PC
300 Powers Building
65 S.W. Yamhill Street
Portland, Oregon 97204
Phone: (503) 221-1792
Fax: (503) 223-1516

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CORY ELIA and LESLEY MCLAM**,

Plaintiffs,

vs.

**MAYOR TED WHEELER, JAMI RESCH, CHARLES LOVELL III, ERICA HURLEY, WILLIAM KEMMER, JOHN BARTLETT, MICHELLE PETTY, OFFICERS JANE DOES and JOHN DOES 1-31, CITY OF PORTLAND, STATE OF OREGON, OREGON STATE TROOPERS JANE DOES AND JOHN DOES, MULTNOMAH COUNTY, JONELLE OLSZEWSKI, MULTNOMAH COUNTY SHERIFFS JANE DOES AND JOHN DOES 1-14, all in their individual capacities and official capacities,**

Defendants.

Case No. 3:20-cv-01106-SI

**NOTICE OF WITHDRAWAL OF LAURA KOISTINEN**

Please take notice that Laura Koistinen is regrettably no longer with the firm of Creighton & Rose, PC and will no longer be representing Plaintiff in the above-captioned action. Plaintiff will continue to be represented by Beth Creighton & Michael Rose of Creighton & Rose, PC. Plaintiff respectfully requests that all further notices, pleadings, and correspondence be addressed

PAGE 1 – NOTICE OF WITHDRAWAL OF ATTORNEY

CREIGHTON & ROSE, PC | ATTORNEYS AT LAW
65 SW Yamhill St. #300
Portland, OR 97204-3316
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com

to Beth Creighton and Michael Rose and delivered to the address below.

Beth Creighton/Michael Rose

65 Yamhill St. #300

Portland, Oregon 97104-3316

Telephone: 503-221-1792

Email: beth@civilrightspdx.com; mrose@civilrightspdx.com

Dated this 14th day of July, 2021.                CREIGHTON & ROSE, PC

*Beth Creighton* (signature)
Beth Creighton, OSB#972440
E-mail: *beth@civilrightspdx.com*
Of Attorney for Plaintiff

PAGE 2 – NOTICE OF WITHDRAWAL OF ATTORNEY

CREIGHTON & ROSE, PC | ATTORNEYS AT LAW
65 SW Yamhill St. #300
Portland, OR 97204-3316
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com